# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-7131**

**September Term, 2021**

**1:21-cv-02595-UNA**

**Filed On:** February 9, 2022

Patrick O. Christian,

       Appellant

    v.

Republican Party and Democratic Party,

       Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Wilkins and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed October 19, 2021, be affirmed. The district court properly dismissed appellant's case on the ground that the complaint failed to state a claim upon which relief may be granted, and appellant has shown no error in the district court's decision. See 28 U.S.C. § 1915(e)(2)(B)(ii).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

            BY:    /s/
                    Daniel J. Reidy
                    Deputy Clerk